UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY J. REED.,

    Appellant,

Case No. 16-cv-11508
Hon. Matthew F. Leitman

v.

KENNETH A. NATHAN

    Appellee.

_____/

## ORDER DENYING APPELLANT'S EMERGENCY MOTION TO STAY BANKRUPTCY COURT ORDER (ECF #3)

On April 27, 2016, Appellant Gregory J. Reed ("Reed") filed an emergency motion asking this Court to stay a April 19, 2016, order of the United States Bankruptcy Court for the Eastern District of Michigan approving the sale of real property located at 2460 Burns, Detroit, Michigan (the "Emergency Motion"). (*See* ECF #3.) The Court held a hearing on the Emergency Motion on May 6, 2016.

For all of the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** the Emergency Motion is **DENIED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  May 6, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113